IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



JOHN A RYAN,   **E-Filing**

      Plaintiff,

v.

NICKLOS CIOLINO,

      Defendant.
_____/

No. C-06-07291 SC
NOTICE OF FILING OF BANKRUPTCY
APPEAL AND ORDER SETTING STATUS
CONFERENCE

RE:

| | |
|---|---|
| Bankruptcy Case: | 05-32933 DM |
| Adversary No.: | 05-3450 |
| BAP No.: | NC-06-1378 |
| Appellant: | |

The appeal has been assigned the following case number C-06-07291 SC before the Honorable Samuel Conti.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 3/2/2007 in Ctrm 1, 17th Floor, SF.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Nov 27, 2006

                      For the Court
                      Richard W. Wieking, Clerk

By: Deputy Clerk

cc: USBC
    Counsel of Record
United States District Court
For the Northern District of California