UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JOHN A. RYAN et al., Debtors, _____/ | No. C 06-07291 MHP |
| E. LYNN SCHOENMANN, as Chapter 11 Trustee for the Estate of John A. and Danielle T. Ryan, <br>  Appellant, <br> v. <br> NICKLOS CIOLINO et al., <br>  Appellees. <br> _____/ | **MEMORANDUM AND ORDER** <br> Re: Bankruptcy Appeal |

On November 27, 2006 appellant E. Lynn Schoenmann as Chapter 11 Trustee of the Estate of John A. and Danielle T. Ryan ("Trustee") filed this appeal challenging the bankruptcy court's October 12, 2006 order granting summary judgment to Nicklos and Charles Ciolino, Daniel Delorenzi, Robert Aguilar, and Stephen Daniele ("the Ciolinos") and denying summary adjudication to Chazen. On December 29, 2006 this action was related to Chazen v. Ciolino, No. C 06-06606 MHP because they involved substantially similar issues arising from the same bankruptcy dispute. On May 16, 2007 the court issued an order in Chazen. The parties agree that the May 16, 2007 order disposes of the Trustee's appeal in this matter. See Appellant's Reply at 1; Appellees' Br. at 2.

In that order, the court concluded that the bankruptcy court was correct when it held that the Ciolino's liens related back to the prejudgment writs of attachment in the underlying action, although the court reversed in part the bankruptcy court's determination of the amount of the

1  Ciolino's claims that relate back to the pre-judgment attachment liens.  Because the Trustee's
2  appeal in the instant matter concerned the relation back of the Ciolino's liens, the court need not
3  reconsider that issue here.  Accordingly, the Trustee's appeal is DENIED.  The Clerk of the Court is
4  directed to close the file on this action forthwith.

7  IT IS SO ORDERED.

9  Dated: July 17, 2007

_____
MARILYN HALL PATEL
United States District Court Judge
Northern District of California